IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| LODSYS GROUP, LLC, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:13-cv-247 |
| v. | § § | |
| | § | **JURY TRIAL DEMANDED** |
| BACKFLIP STUDIOS, INC., | § § | |
| Defendant. | § | |

### ORDER OF DISMISSAL WITH PREJUDICE

In consideration of Plaintiff Lodsys Group, LLC's Notice of Voluntary Dismissal, it is ORDERED, ADJUDGED, AND DECREED that Lodsys Group, LLC's claims against Defendant Backflip Studios, Inc. are dismissed with prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

So Ordered and Signed on this

**Jun 4, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE